**\*E-FILED\***
**September 28, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENTURA-JORGE ZARATE, et al., | No. C 06-00714 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| COM TAM DAT THANH RESTAURANT, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 6, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 13, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 28, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gregory C. Simonian   gsimonian@clappmoroney.com, hwinchell@clappmoroney.com; nmetke@clappmoroney

Adam Wang   waqw@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 28, 2006

                                       /s/ BAK
                                     Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California