ADAM WANG (STATE BAR NO. 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone: (408) 292-1040
Facsimile: (408) 292-1045

*E-FILED 12/12/06*

Attorneys for Plaintiffs
VENTURA-JORGE ZARATE, FELIX SANTIAGO & FRANCISCO LIBORIO

N. WILLIAM METKE (STATE BAR NO. 223885)
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300, San Bruno, CA 94066
Tel. 650-989-5400.  Fax. 650-989-5499
Attorneys for Defendant
COM TAM DAT THANH RESTAURANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA-JORGE ZARATE, FELIX SANTIAGO & FRANCISCO LIBORIO<br><br>Plaintiffs,<br>vs.<br>COM TAM DAT THANH RESTAURANT & DOES 1 - 10,<br><br>Defendants | Case No. C06-00714 RS<br><br>**STIPULATION CONTINUE ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED AND ORDER THEREON** |

Plaintiffs and defendants, through their counsel, hereby stipulate to continue the hearing on Order to Show Cause Why the Case Should Not Be Dismissed currently scheduled on December 13, 2006 as follows:

1. A settlement was reached among parties in this case as result of a whole day mediation on September 18, 2006.

2. During the cause of finalizing the settlement documentation, difficulties arose concerning whether the settlement proceeds should be subject to tax withholding.  The issue is confusing given the apparent inconsistencies between a long line of cases and instructions found in IRS publications.

3. As such, parties request that the hearing on Order to Show Cause Why the Case Should Not Be Dismissed currently scheduled on December 13, 2006 be continued for 60 days to allow parties to research the issue and reach a solution, if possible.

Dated: December 11 2006

DAL BON & WANG
ADAM WANG

By: /s/ Adam Wang
Attorney for Plaintiffs
Ventura-Jorge Zarate, Felix Santiago, and
Francisco Liborio

Dated:  December 11, 2006

CLAPP, MORONEY, BELLAGAMBA
and  VUCINISH
N. WILLIAM METKE

By: /s/ N. William Metke
Attorney for Defendants
Com Tam Dat Thanh Restaurant

[PROPOSED ORDER]

Pursuant to parties stipulation, **IT IS HEREBY ORDERED** hearing on Order to Show Cause on December 13, 2006 is vacated.  IT IS HEREBY FURTHER ORDERED that the parties are to file a stipulation of dismissal by **February 5, 2007** . If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 14**, 2007 **at 9:30 a.m.** and show cause why the case should not be dismissed.

IT IS SO ORDERED.

Dated: December 12, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge