*E-FILED 2/14/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENTURA-JORGE ZARATE, et al., | No. C 06-00714 RS |
| Plaintiffs, | |
| v. | ORDER |
| COM TAM DAT THANH RESTAURANT, | |
| Defendant. | |

On September 25, 2006, Mediator Carol Webster Millie informed the Court that the above-entitled matter had settled. In light of the settlement, the Court issued an Order to Show Cause Re: Settlement, ordering the parties to file a stipulation of dismissal or appear in Court on February 14, 2007 to show cause, if any, why the case should not be dismissed.

The parties failed to file a stipulation of dismissal and counsel for plaintiff failed to appear in Court on February 14, 2007. Counsel for defendant appeared at the hearing.

IT IS HEREBY ORDERED that:

On or before February 23, 2007, counsel for plaintiff shall file with this court a declaration under penalty of perjury explaining his failure to appear at the hearing. Failure to provide the declaration containing an adequate explanation for his failure to appear may result in the imposition of sanctions.

ORDER

1  The hearing on the order to show cause is continued to **May 2, 2007 at 9:30 a.m.** If no
2  appearance is made, this case will be dismissed.

4  DATED: February 14, 2007

   _____
   RICHARD SEEBORG
   United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER 2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gregory C. Simonian    gsimonian@clappmoroney.com, hwinchell@clappmoroney.com; nmetke@clappmoroney

Adam Wang    waqw@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 14, 2007

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

ORDER　　　3