```
 1  ADAM WANG (STATE BAR NO. 201233)
    DAL BON & WANG                                    *E-FILED 6/29/07*
    12 South First Street, Suite 613
 2  San Jose, CA 95113
    Telephone:   (408) 292-1040
 3  Facsimile:   (408) 292-1045

 4  Attorneys for Plaintiffs
    VENTURA-JORGE ZARATE, FELIX SANTIAGO & FRANCISCO LIBORIO
 5

 6  N. WILLIAM METKE (STATE BAR NO. 223885)
    CLAPP, MORONEY, BELLAGAMBA and VUCINICH
 7  A PROFESSIONAL CORPORATION
    1111 Bayhill Drive, Suite 300, San Bruno, CA 94066
 8  Tel. 650-989-5400.  Fax. 650-989-5499
    Attorneys for Defendant
 9  COM TAM DAT THANH RESTAURANT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VENTURA-JORGE ZARATE, FELIX SANTIAGO & FRANCISCO LIBORIO | Case No. C06-00714 RS |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL** AND ORDER THEREON |
| vs. | |
| COM TAM DAT THANH RESTAURANT & DOES 1 - 10, | |
| Defendants | |

   Plaintiffs and defendants, through their counsel, hereby stipulate to dismiss this case in its entirety with prejudice.

Dated: June 27, 2006                           DAL BON & WANG
                                                ADAM WANG

                                               By: /s/ Adam Wang
                                                   Attorney for Plaintiffs
                                                   Ventura-Jorge Zarate, Felix Santiago, and
                                                   Francisco Liborio

| | |
|---|---|
| Dated:  June 27, 2006 | CLAPP, MORONEY, BELLAGAMBA and VUCINISH<br> N. WILLIAM METKE |
| | By:  /s/ N. William Metke |
| | Attorney for Defendants<br>Com Tam Dat Thanh Restaurant |

[~~PROPOSED~~ ORDER]

Pursuant to parties stipulation, **IT IS HEREBY ORDERED** that this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  June 29, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge